Introduced, February 21, 2017, by Councilman Newcomb, seconded by Councilman Abney, (by request of Administration)

Item No. 17-02-3180

**ORDINANCE NO.**

An ordinance amending the Code of Ordinances of the City of Slidell, Chapter 11 Criminal Code, Section 207 Begging, Panhandling, Permit Required.

NOW THEREFORE BE IT ORDAINED by the Slidell City Council that it does hereby amend Chapter 11, Section 207, by deleting the existing Ordinance in its entirety and replacing it with Chapter 11, Section 207, Begging, Panhandling, Permit Required, as follows, to wit:

**Sec. 11-207. Begging, panhandling, permit required.**

(a) It shall be unlawful for any person to beg or panhandle within the city limits without first obtaining a permit from the chief of police or his designee;

(b) The application for an obtaining of a permit shall be a two (2) step process:

(1) First step.

Applicant is to first apply for a conditional/temporary permit. The application for this permit shall be in writing on a form furnished by the chief of police and shall be submitted to the police department between 9:00 a.m. and 5:00 p.m. on any weekday.

The application shall include the full legal name of the applicant, the applicant's address, telephone numbers, and e-mail addresses, and any other information needed to establish the applicant's identity. The applicant shall also provide picture identification at the time the application is submitted or, if picture identification is impractical, the applicant shall provide other documentation that definitively establishes identity.

Upon the completion of the application, the conditional/temporary permit shall be granted immediately to the applicant and will remain valid for seventy-two (72) hours.

4

ORDINANCE NO.
ITEM NO. 17-02-3180
PAGE 2

    (2) Second step.

Upon the expiration of the conditional/temporary permit, the applicant is to return to the Slidell Police Department, and the chief of police shall grant a permit that will be valid for one (1) year unless:

    (i)    The previously submitted application contained a false or fraudulent statement. If the permit holder/applicant makes a false or misleading statement while applying for the beggars'/panhandlers' permit, he or she shall be guilty of a misdemeanor. Upon notice of said violation, the chief of police or his designee shall decline to issue a permit to the offending applicant.

    (ii)    The permit holder/applicant has been convicted of violating begging or *panhandling* ordinances within the twelve (12) months prior to the application date.

    (iii)    If the permit applicant has two (2) or more violations of this chapter within a period of five (5) years preceding the application for permit.

    (iv)    If the permit applicant has been convicted of two (2) or more offenses within a period of five (5) years preceding the application for the permit where each offense involved an assault, communicating a threat, illegal use of a weapon or other act of violence or attempted violence, whether a misdemeanor or felony under Louisiana law or which is substantially equivalent offense in another jurisdiction.

    (v)    If the applicant has been convicted of one or more offenses of homicide under Louisiana law or for offenses occurring in other jurisdictions, constitutes offense(s) substantially equivalent to homicide within a period of twenty (20) years preceding the application for permit.

(c)    The permit applicant may appeal a denial of a permit to the chief administrative officer of the city if the appeal is taken within ten (10) days after receiving actual notice of its denial.

(d)    A permit shall be valid for one (1) year from the date of issuance or until

ORDINANCE NO.
ITEM NO. 17-02-3180
PAGE 3

the permit holder is convicted of a violation of the city's begging and *panhandling* ordinances. If a permit holder is convicted of a violation of the begging and *panhandling* ordinance, the holder shall not be eligible for another permit for a period of two (2) years from the date of conviction of the offense.

(e) Any revocation of a permit pursuant to this section may be appealed to the chief of police, or his designee, if the appeal is taken within ten (10) days of notice of revocation.

(f) Persons receiving said permit must keep same displayed on his or her chest, hanging from a lanyard or clipped to their garment, so that the name, type of permit and date of expiration is visible at all times while begging or *panhandling* alms for personal gains and show it to any law enforcement officer or the chief administrative officer or his designee immediately upon request.

(g) Issuance of a permit under this section does not authorize begging on roadways, travel lanes and shoulders thereof and/or in locations where it is otherwise prohibited by law.

**ADOPTED** this          day of          , 2017.


Jay E. Newcomb
President of the Council
Councilman, District F



Freddy Drennan
Mayor



Thomas P. Reeves
Council Administrator

DELIVERED

*to the Mayor*

RECEIVED

*from the Mayor*

### Sec. 11-205. Interference with educational process.

(a) No person shall, on the campus or lands of any university, college, junior college, trade or vocational-technical school, special school, elementary or secondary school in this city, referred to in this section as "institutions of learning," or at or in any building or other facility thereof owned, operated or controlled by the state or any of its agencies or political subdivisions, willfully deny to students, school officials, faculty, employees, invitees and guests thereof:

(1) Lawful freedom of movement on the campus or lands;

(2) Lawful use of the property, facilities or parts of any institution of learning; or

(3) The right of lawful ingress and egress to and from the institution's physical facilities.

(b) No person shall, on the campus of any institution of learning or at or in any building or other facility thereof owned, operated or controlled by the state or any agency or political subdivision thereof, willfully impede the staff or faculty of such institution in the lawful performance of their duties, or willfully impede a student of such institution in lawful pursuit of his educational activities, through use of restraint, abduction, coercion or intimidation, or when force and violence are present or threatened.

(c) No person shall willfully refuse or fail to leave the property of, or any building or other facility owned, operated or controlled by the state or any agency or political subdivision thereof, upon being requested to do so by the chief administrative officer thereof, or by his designee charged with maintaining order on the campus or grounds and in its facilities, or a dean of such institution of learning, if such person is committing, threatens to commit, or incites others to commit, any act which would or is likely to disrupt, impair, interfere with or obstruct the lawful missions, processes, procedures or functions of such institutions of learning.

(d) Nothing contained in sections 11-203, 11-204 and this section shall apply to a bona fide legitimate labor organization or to any of its legal activities such as lawful picketing, lawful assembly or concerted activity in the interest of members for the purpose of accomplishing or securing more favorable wage standards, hours of employment or working conditions.
(Code 1966, § 9-85)

### Sec. 11-206. Desecration of graves.

It shall be unlawful for any person to desecrate a grave. Desecration of graves is the:

(1) Unauthorized opening of any place of interment, or building wherein the dead body of a human being is located, with the intent to remove or to mutilate the body or any part thereof, or any article interred or intended to be interred with the body; or

(2) Intentional or criminally negligent damaging in any manner, of any grave, tomb or mausoleum erected for the dead.

(Code 1966, § 9-86)

### Sec. 11-207. Begging, panhandling, permit required.

(a) It shall be unlawful for any person to beg or panhandle upon the streets of any other public property without first obtaining a permit from the chief of police or his designee.

(b) Application for the permit shall be in writing on a form furnished by the chief of police and shall be submitted to the police department at least 48 hours before the first day sought for begging. The application shall include the full legal name of the applicant, the applicant's address, telephone numbers, and e-mail addresses, and any other information needed to establish the applicant's identity. The applicant shall also provide picture identification at the time the application is submitted or, if picture identification is impractical, the applicant shall provide other documentation that definitively establishes identity. The chief shall grant the permit unless:

(1) The application contains a false or fraudulent statement; or

(2) The applicant has been convicted of violating begging or panhandling ordinances within the 12 months prior to the application date.

The city shall grant or deny the permit within 24 hours after a completed application is submitted. An applicant may appeal a denial of a permit to the chief administrative officer of the city if the appeal is taken within ten days after receiving actual notice of denial.

(c) A permit shall be valid for one year from the date of issuance or until the permit holder is convicted of a violation of the city's begging and panhandling ordinances, as follows:

(1) If a permit holder is convicted of a violation of the begging and panhandling ordinance, the holder shall not be eligible for another permit for a period of two years from the date of conviction of the offense.

(2) If the permit holder/applicant has two or more violations of this chapter within a period of five years preceding the application for permit.

(3) If the permit holder/applicant has been convicted of two or more offenses within a period of five years preceding the application for permit where each offense involved as assault, communicating a threat, illegal use of a weapon or other act of violence or attempted violence whether a misdemeanor or felony under Louisiana law or which is substantially equivalent offense in another jurisdiction.

(4) If the permit holder/applicant has been convicted of one or more offenses of homicide under Louisiana law or for offenses occurring in other jurisdictions, constitutes offense(s) substantially equivalent to homicide within a period of 20 years preceding the application for permit.

(5) If permit holder/applicant makes a false or misleading statement while applying for the beggars/panhandler's permit shall be guilty of a misdemeanor. Upon notice of said violation, the chief of police or his designee shall decline to issue a permit to the offending applicant or revoke the permit of the offending permittee.

(6) Any revocation of a permit pursuant to this section may be appealed to the chief of police, or his designee, if the appeal is taken within ten days of notice of revocation.

(d) Persons receiving said permit must keep same displayed on his or her chest, hanging from a lanyard or clipped to their garment, so that the name, type of permit and date of expiration is visible at all times while begging or panhandling alms for personal gains and show it to any law enforcement officer or the chief administrative officer or his designee immediately upon request.

(e) Issuance of a permit under this section does not authorize begging in locations where it is otherwise prohibited by law.
(Ord. No. 3013, 7-10-2001; Ord. No. 3826, 7-12-16)

**Sec. 11-207.1. Aggressive begging.**

(a) *Purpose and intent.* The public purpose of this section is to protect the rights of all peoples to exercise their First Amendment rights as well as the people and/or property of those who chose to be non-participating.

(b) *Definitions.* The following words, terms and phrases, when used in this chapter shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

*Beg, begging* or *panhandling* shall be synonymous and shall mean asking for money or objects of value, with the intention that the money or object be transferred at that time, and at that place. "Solicit" or "Soliciting" shall include using the spoken, written, or printed word, bodily gestures, signs, or other means of communication with the purpose of obtaining an immediate donation of money or other thing of value the same as begging or panhandling.